**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR07-01415-001-PCT-MEA |
| Plaintiff, | **ORDER** |
| vs. | |
| Claudius Putesoy, | |
| Defendant. | |

The defendant appeared in court and admitted to violating the conditions of his probation as alleged in paragraphs B and C of the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED reinstating the defendant on probation subject to the previously ordered conditions. In addition, the following conditions are imposed:

1. You shall submit your person, property (including but not limited to computer, electronic devices, and storage media), residence, office, or vehicle (including horses and/or mules) to a search conducted by a probation officer, at a reasonable time and in a reasonable manner.

IT IS FURTHER ORDERED that the defendant's supervised probation will be extended for three (3) years beginning on September 29, 2009.

IT IS FURTHER ORDERED that paragraph A of the Petition to Revoke is dismissed.

DATED this 29th day of September, 2009.

_____
Mark E. Aspey
United States Magistrate Judge