IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            ) | |
|               Plaintiff,   ) | CR07-01415-001-PCT-MEA |
| vs.                                                ) | **ORDER** |
| Claudius Putesoy,                        ) | |
|               Defendant.  ) | |

The defendant appeared in court and admitted to violating the conditions of his probation as alleged in Paragraph B of the petition to revoke probation.

IT IS ORDERED revoking the defendant's supervised probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **ONE HUNDRED TWENTY (120) DAYS**, with credit for time served.

IT IS FURTHER ORDERED that Paragraph A of the petition is DISMISSED.

The court recommends that defendant's period of incarceration be served at the Coconino County Jail.

DATED this 5th day of November, 2010.

_____
Mark E. Aspey
United States Magistrate Judge